# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

FILED
U.S. District Court
District of Kansas

JUL 2 1 2016

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 16-6104-01-GEB

ANTHONY SHULTZ,

    Defendant.

# COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**18 U.S.C. 2423(c)**
**(Engaging in Illicit Sexual Conduct in a Foreign Place)**

Between on or about December 2014 and April 2015, in the District of Kansas and elsewhere, the defendant,

**ANTHONY SHULTZ,**

Page 1 of 4

A United States citizen whose last known residence in the United States was in the state of Kansas, traveled in foreign commerce, from the United States to the Republic of Philippines, and engaged in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with "Minor Victim 1", a girl under 18 years of age at the time that defendant SHULTZ engaged in illicit sexual conduct with her, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 2

### Production of Child Pornography
### 18 U.S.C. 2251(c)

Between on or about December 2014 and April 2015, in the District of Kansas and elsewhere, the defendant,

### ANTHONY SHULTZ,

employed, used, persuaded, induced, enticed and coerced "Minor Victim 1", a girl under 18 years of age, to engage in sexually explicit conduct outside the United States, its territories and possessions, for the purpose of producing a visual depiction of such conduct, and the defendant transported such visual depiction to the United States, its territories or possession, by any means, including by using any means and facility of interstate and foreign commerce or mail, in violation of Title 18, United States Code, Section 2251(c)(1),(c)(2)(B), and (e).

## COUNT 3

### Distribution of Child Pornography
### 18 U.S.C. 2252A(a)(2)

On or about February 2, 2016, in the District of Kansas, the defendant,

### ANTHONY SHULTZ,

knowingly distributed child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been

transported in or affecting interstate or foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 4

### Identity Theft
### 18 U.S.C. 1028(a)(7)

On or before February 2, 2016, in the District of Kansas, the defendant,

**ANTHONY SHULTZ,**

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, and that constitutes a felony under any applicable State or local law, in in violation of Title 18, United States Code, Section 1028(a)(7).

I, Michael Daniels, further state that I am a Special Agent of the Federal Bureau of Investigation and that this Complaint is based upon the following facts:

**See attached affidavit which is incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:

__X__ Yes   _____ No

_____
Michael Daniels
Federal Bureau of Investigation
Kansas City, Missouri

Subscribed and sworn to before me this 21ST day of July, 2016, at Wichita, Kansas.

_____
Honorable Teresa James
U.S. Magistrate Judge
District of Kansas

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND PROBABLE CAUSE FOR ARREST

I, Michael Daniels, Special Agent of the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

## INTRODUCTION

1. I have been employed as a sworn agent with the FBI since February 2000, and am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. Since October 2002, I have been assigned to investigate computer crimes to include violations against children. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations. I have attended multiple trainings on the investigation of child pornography and sexual exploitation of children such as Innocent Images provided by the FBI.

2. As a federal agent, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This Affidavit is in support of a Criminal Complaint to arrest Anthony Shultz (hereinafter **SHULTZ**). Based upon the information contained in this Affidavit, I have probable cause to believe that **SHULTZ** engaged in violation(s) of:

   a. Title 18, United States Code (U.S.C.), Section 2252A, relating to the distribution, receipt, and possession of child pornography;

   b. Title 18, U.S.C., Section 2423(c), relating to travel in foreign commerce to engage in illicit sexual conduct; and

   c. Title 18, U.S.C., Section 1028(a)(7), relating to the unlawful use of a means of identification in connection with a violation of federal law.

Page 1 of 7

4. The information in this affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators and witnesses, involved in this investigation. Set forth are facts that I believe establish probable cause that violations of the aforementioned crimes have occurred. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the charges herein, I have not included all facts known to me regarding the investigation.

## FACTUAL BACKGROUND

5. In April 2016, Legat Manila received information indicating that a United States citizen, Anthony Shultz, was sexually abusing minors in the Philippines, producing videos of the abuse, and distributing those videos and other images and/or videos of child pornography via the Internet.

6. On April 20, 2016, Legat Manila conducted an interview with W1, who reported to be a journalist making a documentary regarding the cybersex abuse of minors in the Philippines.

7. While doing so, he reported he met an American online, whom he knew as "Max Makati," who resided, at least temporarily, in the Philippines and was sexually abusing minors, producing live-streaming videos depicting the sexual abuse of minors, and distributing child pornography.

8. W1 stated he communicated with "Max Makati" mainly through Skype, user ID of "MaxMakati49." During his communications, W1 reported he received child pornography from "Max Makati" in exchange for money W1 sent via PayPal. "Max

Makati's" PayPal username was "Adult Victim 1" (hereafter "AV1") with an associated email address of aerofltmedic@yahoo.com.

9. The child pornography received by W1 was provided to individuals at a private non-profit organization (hereafter "NPO").

10. On May 11, 2016, Legat Manila met with a representative of the NPO and obtained copies of the materials provided to them by W1. Included were the following:

   a. PayPal wire transfer receipts for payments made by W1 to "Max Makati" in the name of "AV1" with email addresses of aerofltmedic@yahoo.com and hwwk60@gmail.com.

   b. PayPal transactions listing dates, dollar amounts, video file names, and Dropbox links to the child pornography material provided by "Max Makati."

   c. Videos received by W1 from "Max Makati," two of which contained "Max Makati's" face.

11. On May 17, 2016, Legat Manila conducted another interview with W1 during which he confirmed the items the Legat obtained from NPO were the same he had provided.

12. W1 further advised that "Max Makati" provided Dropbox links to W1 to download the videos. "Max Makati" used the username of "Anthony Schwartzendruber" on Dropbox. W1 stated he also obtained the videos by recording what "Max Makati" told him was live-streaming abuse. One video, entitled maxmakati49_2016-02-02_22-58-59_(1).mp4, depicted a minor named "Minor Victim 1" (hereafter "MV1") being sexually assaulted by "Max Makati." Your affiant has reviewed this approximately one hour video which depicts a Caucasian white male, later identified as **SHULTZ**, vaginally penetrating a prepubescent minor female with his penis. W1 wired 31.52 Euros via PayPal to "Max Makati" who used the name Paypal username of "AV1" on February 2, 2016. "Max Makati" told W1 that "MV1" was 13 years old.

13. On April 21, 2016, the FBI served an administrative subpoena on Yahoo for the email address aerofltmedic@yahoo.com. On April 27, 2016, in response to that subpoena, Yahoo indicated the subscriber was "AV1," Topeka, Kansas, most recent IP address connection 69.65.15.125, with an alternate email address of actionts_racing@yahoo.com.

14. On April 21, 2016, the FBI served an administrative subpoena on Skype for the username of "Maxwell Makati," and Skype ID "MaxMakati49." On April 28, 2016, in response to that subpoena, Skype indicated the subscriber was "Maxwell Makati," on the 100 block of N. 2nd Street, Lindsborg, Kansas, email address maxmakati49@yahoo.com.

15. On April 21, 2016, the FBI conducted an Accurint database search for the email address aerofltmedic@yahoo.com. "AV1" on the 100 block of N. 2nd Street, Lindsborg, Kansas, was associated with the account. An Accurint database search for the address was conducted and an individual named Anthony Shultz was identified with a date of birth December X, 1962. An email address associated with Shultz was listed as hwk60@yahoo.com.

16. A Kansas driver's license photograph and U.S. passport records were obtained for Shultz. The U.S. passport application listed a home address on the 100 block of N. 2nd Street, Lindsborg, Kansas, email address hwk60@yahoo.com, telephone number (785) 212-0504. The photographs of Shultz matched the adult male individual in the videos obtained by the FBI in which "Max Makati" was sexually abusing the minors. State Department records pertaining to border crossing for Shultz indicated he traveled from the United States to the Philippines.

17. Additional Internet searches were conducted for Shultz and the email address of hwk60@yahoo.com. A Facebook page for Anthony Michael Shultz contained a

reference to the 4th Battalion 1st Aviation Regiment at Fort Riley, Kansas. Again, the photos of Shultz match those depicted in the videos. The email address was noted in a LinkedIn account belonging to Shultz. His occupation was listed as an EMS Line Pilot.

18. On June 3, 2016, the FBI served an administrative subpoena on PayPal for records pertaining to "AV1." On June 7, 2016, in response to the subpoena, PayPal indicated the user's address was on the 100 block of N. 2nd Street, Lindsborg, Kansas, birth date December X, 1962 (same as above in Paragraph 15), confirmed home telephone number (785) 227-8981, and email addresses of aerofltmedic@yahoo.com, aeroparamedic@gmail.com, hwwk60@gmail.com, tonythai49@yahoo.com, hwk60@yahoo.com, and hwwk60@hotmail.com. Also noted were 52 PayPal logins from the IP address 107.138.82.107, the most recent on February 28, 2016. Transactions between W1 and "AV1," email address aerofltmedic@yahoo.com were located in the transaction logs. A CLEAR database search was conducted for the telephone number above. The subscriber was listed as Anthony Shultz, on the 100 block of N. 2nd Street, Lindsborg, Kansas.

19. On June 3, 2016, the FBI served an administrative subpoena on AT&T for the IP address 107.138.82.107 on February 28, 2016. On June 8, 2016, in response to the subpoena, AT&T indicated the subscriber at the date and time was Anthony Shultz, on the 100 block of N. 2nd Street, Lindsborg, Kansas, phone number (785) 227-8981, email address namimi7@yahoo.com.

20. CLEAR database records indicated Anthony Shultz purchased the residence in Lindsborg, Kansas in 2005. The home phone was connected at the residence in 2006.

Shultz changed his Federal Aviation Administration Commercial Pilot license to reflect the residence in April 2009.

21. On June 9, 2016, a physical surveillance was conducted on the 100 block of N. 2nd Street, Lindsborg, Kansas. Located at the residence were three vehicles, Kansas licenses URC916, 064AWC, and 138JHC, all registered to Anthony Shultz on the 100 block of N. 2nd Street, Lindsborg, Kansas.

22. On July 18, 2016, your Affiant applied for and obtained a search warrant for the devices and residence on the 100 block of N. 2nd Street, Lindsborg, Kansas.

23. On July 20, 2016, agents executed the warrant. Anthony **SHULTZ** was present at the time of the warrant's execution, was provided his Miranda warning, and agreed to speak to agents. During the interview, **SHULTZ** stated the following:

   a. He admitted to traveling to the Philippines between the end of December 2014 and April of 2015.

   b. He admitted to recording the video, described above, depicting himself engaging in sexual acts with "MV1" while he was in the Philippines a year or two ago.

   c. He admitted to communicating with W1 via Skype and email.

   d. He admitted to receiving and accessing child pornography from W1 via Dropbox.

   e. He admitted to sending the video depicting himself engaging in sexual acts with "MV1" to W1 while he was in Kansas.

   f. He admitted to receiving payment from W1 via his PayPal account.

   g. He advised that he knew AV1 as a person he worked with earlier, and that he used AV1's personal information (including social security number) to create the PayPal account that he used with W1.

   h. He admitted to operating many email accounts, but would not provide identifiers of the accounts. He was presented with the list of the above accounts, at which point he agreed that he either created the account or that it sounded like one he would have used, with the exception of the "actionts_racing" account and the "namimi7" account (the latter being his wife's account).

i.  Regarding his sexual encounters in the Philippines, he advised he would pay for dental visits or other benefits for the persons with whom he engaged in sex acts. For "MV1" and her sister, he provided them food, computer equipment, and clothing during and after their sexual encounters.

## CONCLUSION

24. Based on the foregoing, your Affiant believes there is probable cause to find that Anthony Shultz has violated:

   a. Title 18, United States Code (U.S.C.), Section 2252A;

   b. Title 18, U.S.C. 2251(c);

   c. Title 18, U.S.C., Section 2423(c); and

   d. Title 18, U.S.C., Section 1028(a)(7).

_____
Michael Daniels, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me in my presence on this 21st day of July, 2016.

_____
The Honorable Teresa James
United States Magistrate Judge